**Order issued November 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-14-01386-CR

---

### SHEYENNE NICOLE LILES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Bridges, Lang-Miers, and Schenck

Based on the Court's opinion of this date, we **GRANT** the May 24, 2015 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Sheyenne Nicole Liles, TDCJ No. 1956109, Murray Unit, 1916 North Hwy 36 Bypass, Gatesville, Texas, 76596.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE